**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 JOSEPH J. WATSON,

                                Petitioner,

        -against-                              26 **CIVIL** 4718 (LLS)

                                                     **JUDGMENT**

PEOPLE OF THE STATE OF NEW YORK,
ATTORNEY GENERAL LETITIA JAMES,

                               Respondent.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 24, 2026, the petition for a writ of *habeas corpus,* filed

under 28 U.S.C. § 2254, is denied for lack of jurisdiction because Petitioner is not in custody on

the challenged conviction. Because the petition at this time makes no substantial showing of a

denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

**Dated:** New York, New York

        June 26, 2026

                                        **TAMMI M. HELLWIG**

                                      _____

                                           **Clerk of Court**

                              **BY:**                 K. mango

                                        _____

                                         **Deputy Clerk**